IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CURTIS A. JENKINS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>ROBERT HOUSTON, )<br>)<br>Respondent. ) | 4:05CV3099<br><br>PRISONER PAYMENT ORDER |

The petitioner, a prison inmate, has filed a habeas corpus petition and a request to proceed in forma pauperis. The court has received a certified copy of the petitioner's trust account information. The petitioner's trust account statement shows that the petitioner has a current balance of $1,802.95. The filing fee in a habeas case is $5.00. Incarcerated petitioners applying for and granted in forma pauperis are not required to pay the filing fee. After reviewing the petitioner's financial situation, I find that in this case, the petitioner is not financially eligible for in forma pauperis status. Therefore, I find that the petitioner can afford to pay the filing fee, without undue hardship, and accordingly I shall deny leave to proceed in forma pauperis. The petitioner may file a motion to amend the prisoner payment order if the current information the court has regarding the petitioner's trust account is incorrect. The petitioner shall have until June 13, 2005, to pay the full $5.00 filing fee. If the filing fee is not received by the court on or before that date, this case will be subject to involuntary dismissal.

DATED this 6th day of May, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge