IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CURTIS A. JENKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 4:05CV3099 |
| vs. | ) | |
| | ) | ORDER |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court on filing no. 17, the motion for leave to withdraw counsel, filed by the respondent. Filing no. 17 states that Assistant Attorney General George Love filed his entry of appearance in place of Kevin Slimp in filing no. 16.

IT THEREFORE IS ORDERED that the motion for leave to withdraw (#17) is granted. The Clerk shall send Kevin Slimp a copy of this order, and then remove him from the distribution list for this case. George Love will now be the counsel on record for the respondent in this case.

DATED this 21st day of November, 2005.

BY THE COURT:


F.A. GOSSETT
United States Magistrate Judge